Michael ROSNER, Plaintiff—
Appellant,

v.

Judge John FADER, II, Individually and in his Official Capacity; State of Maryland; Chief Judge Robert Bell; John G. Turnbell; Gordon, Feinblatt, R, H, & H, LLC, Res. Agent Herbert Goldman; William C. Mulford, II; State of Maryland–Martin O'Malley; Judge Pamela Lee North; Sheila K. Sachs, Gordon, Feinblatt, R, H, & H, LLC; Herbert Goldman, Gordon, Feinblatt, R, H, & H, LLC, Defendants—Appellees.

No. 09–1857.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 24, 2009.

Decided: Oct. 8, 2009.

Michael Rosner, Appellant Pro Se.

Before MOTZ, KING, and AGEE, Circuit Judges.

720

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Rosner appeals the district
court's order dismissing his civil action for
lack of subject matter jurisdiction. On
appeal, we confine our review to the issues
raised in the Appellant's Brief, *see* 4th Cir.
R. 34(b), and Rosner's brief asserts no
argument pertaining to the dispositive is-
sues identified by the district court. In
any event, we conclude the district court's
decision was free of error. Accordingly,
we affirm the district court's order. Fur-
ther, we deny Rosner's motion to remove
his state court action to the United States
District Court for the District of Mary-
land. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*